AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cr-10022-DJC-1 |
| Kevin Johnson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 02/14/2011

/s/ James D. Herbert
*Attorney's signature*

James D. Herbert
*Printed name and bar number*

1 Courthouse Way
Boston, MA 02210

*Address*

James.Herbert@usdoj.gov
*E-mail address*

(617) 748-3202
*Telephone number*

(617) 748-3963
*FAX number*